BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
MARCUS A. BERG, ESQ.
Nevada Bar No, 9670
marcus@mossberglv.com
ANA P. AMEZAGA, ESQ.
Nevada Bar No. 16790
ana@mossberglv.com
MOSS BERG INJURY LAWYERS
5420 W. Sahara Avenue Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWSON GREMORE, an Individual;<br><br>Plaintiff,<br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | **CASE NO. 2:26-cv-00535-GMN-MDC** |

**STIPULATION AND (PROPOSED) ORDER TO AMEND SCHEDULING ORDER (FIRST REQUEST)**

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate to request that this Court enter an order extending the deadlines in the current Scheduling Order [Doc 14].

The parties bring this stipulation and request for an order extending pretrial deadlines to allow the parties to complete additional discovery necessary for expert disclosures and trial preparation. This is the parties' first request for an extension of deadlines. There is no trial date set in this matter.

Good cause exists to extend the pretrial deadlines. The parties have worked diligently to complete discovery.

**DISCOVERY COMPLETED TO DATE- LR 26-3(a)**

1. Plaintiff served his Initial FRCP 26(a) Disclosures on March 25, 2026.
2. Defendant served its Initial FRCP 26(a) Disclosures on July 16, 2026.
3. Plaintiff served Interrogatories and Requests for Production of Documents on Defendant on July 29, 2026.
4. Defendant served Interrogatories, Requests for Production of Documents and Requests for Admissions on Plaintiff on August 11, 2026;

**DISCOVERY REMAINING – LR 26-3(b}**

1. Disclosure of Initial Expert Witnesses.
2. Deposition of Plaintiff.
3. Deposition of Defendants' 30(b)(6) witness(es).
4. Depositions of Liability and Medical Experts.
5. Depositions of treating physicians – as necessary.
6. Additional fact witnesses depositions – as necessary.

**GOOD CAUSE FOR EXTENSION – LR 26-3(c)**

The parties have diligently participated in discovery and continue to actively work toward completing the remaining discovery necessary to prepare this matter for trial. Despite these efforts, additional time is needed to complete and respond to outstanding written discovery and to exchange the resulting discovery materials. These materials are relevant to the parties' respective experts and must be provided to them with sufficient time to conduct a meaningful review, evaluate the evidence, and incorporate the information into their opinions

and expert disclosures. Extending the current deadlines will therefore allow the parties to complete the necessary discovery before their experts are required to finalize their opinions.

In addition, Plaintiff's counsel is scheduled to commence a trial in Nevada State Court on September 8, 2026. Preparation for and participation in that trial will substantially limit counsel's availability during the period immediately preceding and following the current discovery deadlines. This scheduling conflict, coupled with the outstanding discovery and the time necessary for expert review, makes it impracticable to complete the remaining discovery and expert work within the existing schedule despite the parties' diligent efforts.

The requested extension is made in good faith, is not sought for purposes of delay, and is intended to ensure that the parties have a fair and meaningful opportunity to complete discovery and adequately prepare their respective cases. The extension will also promote the orderly and efficient resolution of this matter by allowing the parties to complete fact discovery before their experts finalize their opinions and disclosures. Accordingly, the parties respectfully submit that good cause exists under LR IA 6-1 and LR 26-3 to extend the current scheduling deadlines.

As such, the parties are asking for an additional ninety (90) to prepare experts, complete expert discovery and meet the other deadlines set by the Court.

Accordingly, the parties request extending the remaining deadlines by 90 days, as outlined below:

**PROPOSED DISCOVERY DEADLINES - LR 26-3(d)**

| | **CURRENT DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| **Initial Experts** | September 24, 2026 | **December 28, 2026** |
| **Rebuttal Experts** | October 26, 2026 | **January 28, 2027** |
| **Discovery Deadline** | November 23, 2026 | **February 23, 2027** |
| **Dispositive Motions** | December 23, 2026 | **March 22, 2027** |

| | | |
|---|---|---|
| **Pre-Trial Order** | January 22, 2027 | **April 22, 2027** |

If this extension is granted, all remaining discovery mentioned above should be concluded within the stipulated extended deadline.

The parties agree that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

**STIPULATED TO BY:**

DATED this 31st day of August 2026.

MOSS BERG INJURY LAWYERS

*/s/ **Boyd B. Moss, III***

BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
MARCUS A. BERG, ESQ.
Nevada Bar No, 9670
marcus@mossberglv.com
ANA AMEZAGA, ESQ.
Nevada Bar No. 16790
ana@mossberglv.com
5420 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED this 31st day of August 2026.

BARRON & PRUITT, LLP

/s/ **William Pruit, Esq.**

WILLIAM H. PRUITT, ESQ.
Nevada Bar. No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 W. Ann Road
North Las Vegas, Nevada 89031
bpruitt@lvnvlaw.com
jmesrvy@lvnvlaw.com
Attorneys for Defendant Progressive Direct Insurance Company

**IT IS SO ORDERED.**
**DATED: 9-1-26**

**UNITED STATES MAGISTRATE JUDGE**